UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SREAM INC. and MARTIN BIRZLE,

                Plaintiffs,

– against –

VILLAGE DREAM INC. and DOES 1–10,

                Defendants.

**ORDER**

15 Civ. 8708 (ER)

Ramos, D.J.:

    On April 8, 2019, the parties were directed to provide a status report by April 22, 2019. Doc. 18. Neither party did so. The parties are hereby ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. See Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:   April 6, 2020
            New York, New York

                                                      Edgardo Ramos, U.S.D.J.